UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kristopher Lee Roybal; Damion John Gullickson, Jr.; Shawn Joseph Nelson; Cameron Eugene Urban, | File No. 24-cv-1652 (ECT/DTS) |
| Plaintiffs, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| v. | |
| Paul Schnell, *Commissioner of Corrections, sued in his official capacity*, | |
| Defendant. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on August 7, 2024. ECF No. 33. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 43] is **ACCEPTED**; and

2. Plaintiffs Damion John Gullickson, Jr.; Shawn Joseph Nelson; and Cameron Eugene Urban are **DISMISSED WITHOUT PREJUDICE** from this action;

3. Gullickson's application to proceed *in forma pauperis* [ECF No. 22] is **DENIED AS MOOT**;

4. Nelson's application to proceed *in forma pauperis* [ECF No. 23] is **DENIED AS MOOT**; and

4.  Urban's application to proceed *in forma pauperis* [ECF No. 24] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 11, 2024         s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court