UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kristopher Lee Roybal, | File No. 24-cv-1652 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Paul Schnell, *Commissioner of Corrections, sued in his official capacity*, | |
| Defendant. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on October 28, 2024. ECF No. 52. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 52] is **ACCEPTED**.

2. Plaintiff's Motion to Certify this Complaint as a Class-Action Lawsuit [ECF No. 51] is **DENIED AS MOOT**.

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 27, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court